```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05065
   DENNIS R SHUBURTE
   DORIS J SHUBURTE                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-4028     SSN XXX-XX-9865
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/21/07 and confirmed on 05/29/07.

2. The case was dismissed after confirmation, 12/06/2007.

3. The Debtor paid a total of $ 3880.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1061.35 | .00 | 1061.35 |
| ALLIANCE ONE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 507.65 | .00 | 21.15 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HSBC TAXPAYER FINANCIAL | UNSECURED | 1118.01 | .00 | 46.57 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| BEACON HILL DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1114.91 | .00 | 46.44 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 649.12 | .00 | 27.04 |
| ORTHOPEDIC & SPINE SURGE | UNSECURED | 527.82 | .00 | 21.99 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 500.92 | .00 | 20.87 |
| PROPONENT MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| RETRIEVAL MASTERS | UNSECURED | NOT FILED | .00 | .00 |
| ROYAL PHYSICAL THERAPY | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER SERVICE | UNSECURED | 11979.21 | .00 | 499.01 |
| TRG ACCOUNT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
TRS RECOVERY SERVICES      UNSECURED       NOT FILED            .00          .00
INTERNAL REVENUE SERVICE PRIORITY          NOT FILED            .00          .00
      Summary of disbursements:
---------------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00     1061.35     16397.64         .00     17458.99
PRINCIPAL PAID        .00     1061.35       683.07         .00      1744.42
INTEREST PAID         .00         .00          .00         .00          .00
TOTAL PAID            .00     1061.35       683.07         .00      1744.42
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $     135.58 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 03/10/08               /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```